█ MERCHANTS MUTUAL INSURANCE COMPANY, Respondent, v. EDWARD G. MAGEE, Appellant, et al., Defendants.— Order unanimously modified, without costs, to the extent of remanding the case to Erie Special Term for assessment of damages upon notice to defendant. Memorandum: Special Term correctly decided that appellant failed to excuse his default and also failed to show facts which would constitute a meritorious defense. In view of defendant's claim that plaintiff's complaint did not state a claim for a sum certain or which by computation could be made certain because it failed to allege the amount of commissions and charges to be deducted from premiums collected, Special Term, in a proper exercise of discretion, should have made a reassessment of damages upon notice to defendant. (Appeal from order of Erie Special Term denying motion to open default.) Present — Williams, P. J., Bastow, Marsh, Witmer and Henry, JJ.